Stuart J. West, SBN 202041
West & Associates, A PC
2815 Mitchell Drive
Suite 209
Walnut Creek, CA 94598
925.262.2220

**IT IS SO ORDERED**
Judge Yvonne Gonzalez Rogers
12/18/2018

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| William J. Hartig DBA Prescript Pharmaceutical, <br><br> Plaintiff, <br><br> vs. <br><br> ConsortiumRx Management, Inc.& <br> DOES 1 - 20 <br><br> Defendant | Case No.: 4:18-cv-02985-YGR <br><br> **NOTICE OF VOLUNTARY DIMISSAL WITH PREJUDICE** |

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff, William Hartig DBA Prescript Pharmaceutical, hereby voluntarily dismisses with prejudice the above-titled action against ConsortiumRx Management, Inc. The parties, through their attorneys, have settled this matter.

Respectfully Submitted,

Dated this 17th day of December 2018,

/Stuart J. West/
Stuart J. West
CA SBN 202041
West & Associates, A PC
2815 Mitchell Drive
Suite 209
Walnut Creek, CA 94598
925.262.2220